941 A.2d 1257

The **PHILADELPHIA HOUSING AUTHORITY, Respondent,**

v.

**AMERICAN FEDERATION OF STATE, County and Municipal Employees, District Council 33, Local 934, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 2, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of January, 2008, the Petition for Allowance of Appeal is **GRANTED.** The Order of the Commonwealth Court is **VACATED** and this matter is **REMANDED** to the Commonwealth Court for application of the principles set forth in *Westmoreland Intermediate Unit # 7 v. Westmoreland Intermediate Unit # 7 Classroom Assistants Educational Support Personnel Association, PSEA/NEA,* 939 A.2d 855 (2007).